Kennelly

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CAREY PORTMAN
Plaintiff,
vs.

CASE NO.: 05C 3654

EDMOND B. ANDREWS, et. al.
Defendants

FILED

ORIGINAL

JUL 26 2005

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

**DEFENDANT EDMOND B. ANDREW'S AFFIDAVIT IN OPPOSITION TO DEFAULT SOUGHT BY PLAINTIFF**

Without waiving his objection to improper and inadequate service of process, and without waiving his objection *in personam* jurisdiction, and without "appearing" in this cause, I respectfully object to Plaintiff's motion for entry of default judgment for the following reasons:

1. Plaintiff incorrectly asserts in his motion for default judgment that I was properly served with process. (*See* documents annexed as Exhibit "A".)

2. On June 27, 2005 some papers were left with a law firm in Miami that has no authority to receive process for me.

3. Those papers were left with the receptionist at the law offices of Bailey & Dawes, L.C.

4. Olga Montealegre, receptionist at Bailey & Dawes, L.C., bears no familial relation to me as my wife or otherwise. *See* affidavit annexed as Exhibit "B".

5. I understand process may not be served properly unless a copy of a summons and complaint is delivered to an individual personally or is left at the individual's dwelling house or place of abode with a suitable person residing therein.

6. Bailey & Dawes, L.C., located at 3250 Mary Street, Suite 100, Coconut Grove, Florida 33133-5232 is a law office and is not my place of abode or my dwelling house. See Rule 4(e)(2), Fed. R. Civ. P. My wife does not reside there. No one resides there. My wife was not there on June 27th, she was with me at our home.

7. I understand Florida rules for service of process do not permit process to be served on a place of business. My office is near but not in the law offices of Bailey & Dawes, L.C. I was not there that day.

*Further Affiant Sayeth Naught*

______________________
Edmond B. Andrews

Subscribed and sworn to before me, this 21 day of July, 2005.

______________________
NOTARY PUBLIC

NOTARY PUBLIC STATE OF FLORIDA
Maria Diaz
Commission # DD314594
Expires: APRIL 28, 2008
Aaron Notary 1.800.350.5161

My commission expires:

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been furnished via U.S. Mail to: *Carey Portman*, 345 N. Canal, Suite 702, Chicago, Illinois 60608; His Excellency, *Martin Torrijos*, President for the Republic of Panama, Palacio Presidencial, San Felipe Valija 50, Panama 1, Panama; *Sandy Weill*, Chairman, Citigroup Inc., 399 Park Ave., New York, New York 10043; Former First Vice President *Arturo Vallarino*, Edison Plaza, Third Floor, Ricardo J. Alfaro Avenue & El Paical, P.O. Box 55-2359, Paitilla, Panama; *Angel Severino Diaz*, Torre BBVA Piso 5, Postal Code 6753, Zone 5, Panama F.C.; and, *Jennifer Schoen Gilbert*, Esquire, Neal, Gerber, and Eisenberg, 2 N. LaSalle Street, Suite 2200, Chicago, Illinois 60602, this 21 day of July, 2005.

Edmond B. Andrews, *pro se*

**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CAREY PORTMAN,** | ) |
| **Plaintiff,** | ) |
| **vs.** | ) **No. 05C 3654** |
| **EDMOND B. ANDREWS (FORMER AMBASSADOR FOR THE COMMERCIAL EXTERIOR TO THE UNITED STATES FOR THE REPUBLIC OF PANAMA), ARTURO VALLARINO (FORMER FIRST VICE PRESIDENT FOR THE REPUBLIC OF PANAMA AND CITIBANK N.A. AND CITIGROUP CORPORATION AND ANGEL SEVERINO DIAZ, AND THE REPUBLIC OF PANAMA** | ) **Honorable Judge Kennelly** ) **Judge Presiding.** ) **JURY DEMAND** ) **BOND REQUEST** |
| **Defendants.** | ) |

**<u>PLAINTIFF, CAREY PORTMANS'S MOTION FOR DEFAULT JUDGMENT AGAINST EDMOND B. ANDREWS (FORMER AMBASSADOR FOR THE COMMERCIAL EXTERIOR TO THE UNITED STATES FOR THE REPUBLIC OF PANAMA )</u>**

NOW COMES CAREY PORTMAN ("plaintiff") and makes and files his motion for Default Judgment against Edmond B. Andrews and for cause of action would respectfully show the Court as follows:

## I. Facts Relevant to the Motions

EXHIBIT
A

1. On June 23, 2005, a complaint at law was issued to defendant, Edmond B. Andrews. Subsequently, Defendant, Edmond B. Andrews is a resident of the State of Florida residing at 3250 Mary Street, Suite 100, Coconut Grove, Florida 33133 and was served with the complaint at law by and through Fred Williams with badge number 1066 and address 2101 NW 172 Street, Miami Gardens, Florida 33056 ("server") on June 27, 2005 at 3250 Mary Street Suite 100, Coconut Grove Florida 33133 to the wife of the defendant.. The plaintiff received return of receipt for service of the complaint and the declaration of server bearing the signature and sworn affidavit of service by Fred Williams on July 14, 2005. The citation and proof of service have been filed with the Clerk of the Court on July 14, 2005. A true and correct copy of the server's return of service is attached as Exhibits "A, B and C" and incorporated herein.

2. The deadline for defendant Edmond B. Andrews to file his answer to this lawsuit was July 18, 2005. However, defendant, Edmond B. Andrews has not filed an answer or any pleading constituting an answer and has not entered an appearance despite being properly served with all pleadings filed by Plaintiff in this case.

3. Plaintiff's actual damages in the amount of one billion five hundred and sixty million dollars ($1,560,000,000.00) regarding his claim against the Edmond B. Andrews regarding his ownership interest in the Citibank Certificate of Obligation #898270211 (principal plus accrued interest) prejudgment interest from the date of conversion on or about November 2001 and costs associated with the prosecution of this action are liquidated and are proven by the evidence attached to Plaintiff's Petition (complaint). Plaintiff requests for all fees and the amount of exemplary damages.

## II. Motion for Default Judgment

Pursuant to Rule 55 of the Federal Rules of Procedure, the Plaintiff moves for entry of a default judgment against defendant Edmond B. Andrews. As required by Rule 55 entry an order of a default judgment in favor of Plaintiff is appropriate that:

1. Plaintiff properly served process on Defendant, Edmond B. Andrews through addressee's agent on June 27, 2005;
2. The complaint and proof of service have been on file with the Clerk of the District Court pursuant to the Federal Rules of Procedure;
3. Defendant, Edmond B. Andrews has not filed an answer to the allegations set forth in Plaintiff's Petition.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that this Honorable Court enter a default judgment against Defendant, Edmond B. Andrews. granting the relief requested herein, including entry of a default judgment awarding plaintiffs their actual damages; exemplary damages fees; pre-judgment and post judgment interest at the statutorily applicable rates allowed by law; and for such other relief, both general and special, at law or in equity, to which the Plaintiff may show himself to be justified entitled.

Plaintiff prays that this Honorable Court enter a default judgment against defendant Edmond B. Andrews for Fraud, Breach of Contract and Breach of Loyalty granting the relief requested herein, including entry of a default judgment awarding plaintiffs their actual damages; exemplary damages fees; pre-judgment and post judgment interest at the statutorily applicable rates allowed by law; and for such other relief, both general and special, at law or in equity, to which the Plaintiff may show himself to be justified entitled.

Respectfully submitted,

Carey Portman Pro-Se

Carey Portman, Pro-Se
345 N. Canal Street Ste 702
Chicago, Illinois 60608
PH: 312-575-9092

ORIGINAL COPY

RECEIVED

JUL 14 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CAREY PORTMAN,

Plaintiff,

vs.

EDMOND B. ANDREWS (FORMER AMBASSADOR FOR THE COMMERCIAL EXTERIOR TO THE UNITED STATES FOR THE REPUBLIC OF PANAMA), ARTURO VALLARINO (FORMER FIRST VICE PRESIDENT FOR THE REPUBLIC OF PANAMA AND CITIBANK N.A. AND CITIGROUP CORPORATION AND ANGEL SEVERINO DIAZ, AND THE REPUBLIC OF PANAMA

Defendants.

Case Number: 05C 3654

Honorable JUDGE KENNELLY

Judge Presiding.

MAGISTRATE JUDGE GERALDINE SOAT BROWN

JURY DEMAND

BOND REQUEST

TO: (Name and Address of Defendant)

Former Ambassador Edmond B. Andrews
C/O Bailey and Dawes
3350 Mary St Suite 307
Coconut Grove
Miami, Florida 33133
PH: 305-374-5505

**YOU ARE HERBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**CAREY PORTMAN PRO-SE**
**345 N. CANAL STE 702**
**CHICAGO, IL 60606**

an answer to the complaint is herewith served upon you within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 23 2005

DATE

EXHIBIT A

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE June 27 05 |
|---|---|
| NAME OF SERVER (PRINT) Fred Williams Jr | TITLE Dade-City Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Olga Montealegre (Rec

☐ Returned unexecuted: June 27, 05 11:30 AM

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/27/05
Date

Fred Williams Jr #1066
*Signature of Server*

2101 NW 172 St Mia Gardens Fl 33056
*Address of Server*

RECEIVED

JUL 14 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COUR

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT B

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

PLANTIFF
CAREY PORTMAN
vs.
DEFENDANT
EDMOND B. ANDREWS (FORMER AMBASSADOR FOR THE COMMERCIAL EXTERIOR TO THE UNITED STATES FOR THE REPUBLIC OF PANAMA), ARTURO VALLARINO ET AL

Case No.: 05C-3654 JUDGE KENNELLY
Compliance Date/Time: ______

## RETURN OF SERVICE

I Fred Williams Jr., being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

**RUSH**

For: CAREY PORTMAN PRO-SE

Date/Time Received: 06/24/05 9:00 AM

Document(s): SUMMONS IN A CIVIL CASE

Serve To: FORMER AMBASSADOR EDMOND B. ANDREWS C/O BAILEY AND DAWES

Address: 3350 MARY ST SUITE 307 COCONUT GROVE MIAMI FL 33133

Date Served: 6-27-05 Time Served: 1130 (AM)/PM

Method of Service: [ ] Individual [ ] Substitute [X] Corporate [ ] Govt. Agency [ ] Posted [ ] Other [ ] Non-Served (explain)

Person Served: Olga Montealegre Capacity: Executive Secretary

Address: ______

Military Status: [ ] N/A [ ] Not in Military [ ] Active Duty Military

Comments: no longer at given address moved to 3250 Mary Street Suite 100 Coconut Grove F 33133

I declare under penalties of perjury that the information contained herein is correct and true to the best of my knowledge. I am in good standing in the jurisdiction wherein this process was served.

Fred Williams Jr. #1066 Executed On ______
(Sign Name)

STRICKLANDS PROCESS SERVICE
11620 SW 13TH PLACE
DAVIE FL 33325
(954) 577-9906

Subscribed and sworn to before me on 6-27-05

Linda A. Strickland
Notary Public

LINDA A. STRICKLAND
NOTARY PUBLIC
COMMISSION # DD0111111
EXPIRES: 4/22/06

REC...
JUL 14 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

EXHIBIT
C



ID: 2456

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CAREY PORTMAN
Plaintiff, CASE NO.: 05C 3654
vs.

EDMOND B. ANDREWS, et. al.
Defendants

______________________________/

AFFIDAVIT

**State of Florida** }
} SS
**County of Miami-Dade** }

BEFORE ME, the undersigned, on this 20th day of July, 2005, personally appeared Olga T. Montealegre, known to me to be of lawful age, who been duly sworn to depose and say as follows:

1. I make this affidavit based upon my personal knowledge.

2. I have been employed by the Bailey & Dawes, L.C. law firm since January 27, 2004.

3. I reside in Miami Dade County, Florida. My Florida Drivers License number is M534-658-84-706-0; I am 21 years old.

4. On June 27, 2005, at approximately 11:30am, a gentleman came to these offices, which show outside. He handed me an enclosed packet and a paper to sign;

EXHIBIT
B

assuming it was a transcript, being delivered by a court reporter, I received and signed a receipt for the packet. We never exchanged words.

5. I am not and never have been the wife of Edmond B. Andrews, nor do I know the wife of Edmond Andrews. I have never claimed to be Edmond B. Andrews wife. Mrs. Andrews does not reside in these offices. To my knowledge she has never even been here on a visit.

6. Mr. Andrews sometimes uses space in an adjacent office. When the gentleman came on June 27th, Mr. Andrews at the time was not here. Mr. Andrews does not reside here.

7. I am not now, nor ever have I ever been, authorized to receive or accept service of process on behalf of Mr. Andrews. Had someone asked me whether I could, I would have said I am not authorized. Had the gentleman on June 27th said anything to suggest he was trying to serve process; I would have refused to accept.

*Further affiant sayeth naught*

O. Montealegre

Olga T. Montealegre

Subscribed and sworn to before me, this 20th day of July, 2005.

NOTARY PUBLIC

NOTARY PUBLIC STATE OF FLORIDA
Maria Diaz
Commission # DD314594
Expires: APRIL 28, 2008
Aaron Notary 1.800.350.5161

My commission expires: