FILED LAL

MAR 2 7 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAREY PORTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05C 3654 |
| | ) |
| ARTURO VALLARINO | ) Honorable Judge Kennelly |
| (FORMER AMBASSADOR FOR THE | ) |
| COMMERCIAL EXTERIOR TO THE | ) Judge Presiding. |
| UNITED STATES FOR THE REPUBLIC | ) |
| OF PANAMA), ARTURO VALLARINO | ) JURY DEMAND |
| (FORMER FIRST VICE PRESIDENT | ) BOND REQUEST |
| FOR THE REPUBLIC OF PANAMA | ) |
| AND CITIBANK N.A. | ) |
| AND CITIGROUP CORPORATION | ) |
| AND ANGEL SEVERINO DIAZ, AND | ) |
| THE REPUBLIC OF PANAMA | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF, CAREY PORTMANS'S MOTION FOR DEFAULT JUDGMENT AGAINST E.B. CAPITAL CORP, EDMOND B. ANDREWS AS PRESIDENT AND CEO AND ANGEL SEVERINO DIAZ AS VICE PRESIDENT**

NOW COMES CAREY PORTMAN ("plaintiff") and makes and files his motion for Default Judgment against E.B. Capital Corp, Edmond B. Andrews as its President and CEO of E.B. Capital Corp and Angel Severino Diaz as the Vice President of E.B. Capital and for cause of action would respectfully show the Court as follows:

I. **Facts Relevant to the Motions**

1. On February 01, 2006, a second amended complaint with summons was granted by this Honorable Court against E.B. Capital Corp (Exhibit-A). This Honorable court additional granted an extension of time to serve defendants, The Republic of Panama, Angel Severino Diaz and Arturo Vallarino. This Honorable Court granted plaintiff's motion to vacate the dismissal of Edmond B. Andrews defendant and provided additional time to plaintiff to serve Edmond B. Andrews by March 03, 2006. The plaintiff received return of receipt for service of the second amended complaint and the declaration of server bearing the signature and sworn affidavit of service by Edward A. Shapiro on February 27, 2006. The citation and proof of service have been filed with the Clerk of the Court on March 30, 2006. A true and correct copy of the server's return of service is attached as Exhibits "B, C, and D and incorporated herein.

2. The deadline for defendants, E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President to file their answers to this second amended complaint was March 20, 2006. However, defendants, E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President has not filed their answers or any pleadings constituting an answer and has not entered an appearance despite being properly served with all pleadings filed by Plaintiff in this case.

3. Plaintiff's actual damages in the amount of one billion five hundred and sixty million dollars ($1,560,000,000.00) regarding his claim against the E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President for his ownership interest in the Citibank Certificate of Obligation #898270211 (principal plus accrued interest) prejudgment interest from the date of

conversion on or about November 2001 and costs associated with the prosecution of this action are liquidated and are proven by the evidence attached to Plaintiff's Petition (complaint) as well as acts of fraud committed by the defendants. Plaintiff requests for all fees and the amount of exemplary damages.

## II. Motion for Default Judgment

Pursuant to Rule 55 of the Federal Rules of Procedure, the Plaintiff moves for entry of a default judgment against defendants E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President. As required by Rule 55 entry an order of a default judgment in favor of Plaintiff is appropriate that:

1. Plaintiff properly served process on Defendant, the Republic of Panama through addressee's agent on February 27, 2006;
2. The complaint and proof of service have been on file with the Clerk of the District Court pursuant to the Federal Rules of Procedure; (Exhibits B, C, and D)
3. Defendants, E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President have not filed their answers to the allegations set forth in Plaintiff's Second Amended Complaint.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that this Honorable Court enter a default judgment against Defendants, E. B. Capital Corp, Edmond

B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President granting the relief requested herein, including entry of a default judgment awarding plaintiffs their actual damages; exemplary damages fees; pre-judgment and post judgment interest at the statutorily applicable rates allowed by law; and for such other relief, both general and special, at law or in equity, to which the Plaintiff may show himself to be justified entitled.

Plaintiff prays that this Honorable Court enter a default judgment against defendants, E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President for Fraud, Breach of Contract and Breach of Loyalty granting the relief requested herein, including entry of a default judgment awarding plaintiffs their actual damages; exemplary damages fees; pre-judgment and post judgment interest at the statutorily applicable rates allowed by law; and for such other relief, both general and special, at law or in equity, to which the Plaintiff may show himself to be justified entitled.

Respectfully submitted,

Carey Portman Pro-Se

Carey Portman, Pro-Se
345 N. Canal Street Ste 702
Chicago, Illinois 60608
PH: 312-575-9092

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
| CASE NUMBER | 05 C 3654 | DATE | 2/1/2006 |
| CASE TITLE | Portman vs. Andrews | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file 2nd amended complaint with summons to issue as to defendant E.B. Capital is granted. [113] Defendants Citigroup motion for hearing Rule 16 pretrial conference is entered and continued to 2/15/06 at 9:30 a.m. [128] Plaintiff's motion to strike Rule 16 pretrial conference is denied. Plaintiff's motion for an extension of time within which to serve defendants, The Republic of Panama, Angel Severino Diaz and Arturo Vallarino is granted. Plaintiff's motion to vacate dismissal of Edmond Andrews is granted for the purpose of allowing the plaintiff to serve Edmond Andrews by 3/3/06. [122] Plaintiff's motion for an extension of time to file motion to reconsider is denied as moot. Plaintiff's motion to reconsider as to defendant Citibank is denied. [124] Discovery is stayed until further order of court.

Docketing to mail notices.

00:30

EXHIBIT A

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Carey Portman
Plaintiff,

V.

E.B. Capital Corp
Defendants.

CASE NUMBER: 05 C 3654

ASSIGNED JUDGE: Honorable Matthew Kennelly

DESIGNATED MAGISTRATE JUDGE: Geraldine Soat Brown

TO: (Name and address of Defendant)

E.B. Capital Corp
C/O Bailey and Dawes (Registered Agent)
3350 Mary Street Suite 307
Coconut Grove-Miami, Florida 33133

SAC

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAREY PORTMAN
345 N CANAL STE 702
CHICAGO, IL 60606

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RECEIVED

MAR 24 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 02 2006

DATE

EXHIBIT
B

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of Florida

Case Number: 05 C 3654 KENNELLY

Plaintiff:
**CAREY PORTMAN**

vs.

Defendant:
**E.B. CAPITAL CORP., ANGEL SEVERINO as Vice President of E.B. CAPITAL CORP. and EDMOND ANDREWS as President-CEO of E.B. CAPITAL CORP.**

For:
Carey Portman
PREMIERVEST EQUITIES
19 S Lasalle
Suite 801
Chicago, IL 60603

Received by EDWARD A. SHAPIRO - ATTORNEY SERVICES on the **13th day of February, 2006** at **10:00 am** to be served on **E.B. CAPITAL CORP. c/o BAILEY & DAWES 3250 MARY STREET SUITE 301 MIAMI FL 33133**.

I, Edward A Shapiro, do hereby affirm that on the **27th day of February, 2006 at 11:50 am, I:**

SERVED the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL CASE WITH AMENDED COMPLAINT** with the date and hour endorsed thereon by me to BAILEY & DAWES P.L./GUY B BAILEY Jr R/A MGR as REGISTERED AGENT.

**Additional Information pertaining to this Service:**
SERVICE EFFECTED IN SUITE #100

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

**Edward A Shapiro**
Process Server

**EDWARD A. SHAPIRO - ATTORNEY SERVICES**
**P.O. Box 015376**
**Miami, FL 33101-5376**
**(800) 520-1767**

Our Job Serial Number: 2006000456
Ref: Portman/EB Capital Corp

RECEIVED

MAR 24 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Carey Portman
Plaintiff,

V.

Edmond B. Andrews,
Individually and as President-CEO
E.B. Capital Corp
Defendants.

CASE NUMBER: 05 C 3654

ASSIGNED JUDGE: Honorable Matthew Kennelly

DESIGNATED MAGISTRATE JUDGE: Geraldine Soat Brown

TO: (Name and address of Defendant)

Edmond B. Andrews,
individually and as President-CEO
E.B. Capital Corp
C/O Bailey and Dawes (Registered Agent)
3350 Mary Street Suite 307
Coconut Grove-Miami, Florida 33133

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAREY PORTMAN
345 N CANAL STE 702
CHICAGO, IL 60606

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RECEIVED

MAR 24 2006

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 02 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DATE

EXHIBIT
C

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of Florida

Case Number: 05 C 3654 KENNELLY

Plaintiff:
**CAREY PORTMAN**

vs.

Defendant:
**E.B. CAPITAL CORP., ANGEL SEVERINO as Vice President of E.B. CAPITAL CORP. and EDMOND ANDREWS as President-CEO of E.B. CAPITAL CORP.**

For:
Carey Portman
PREMIERVEST EQUITIES
19 S Lasalle
Suite 801
Chicago, IL 60603

Received by EDWARD A. SHAPIRO - ATTORNEY SERVICES on the **13th day of February, 2006** at **10:00 am** to be served on **EDMOND B ANDREWS as PRESIDENTand CEO of E.B. CAPITAL CORP. c/o BAILEY & DAWES 3250 MARY STREET SUITE 301 MIAMI FL 33133**.

I, Edward A Shapiro, do hereby affirm that on the **27th day of February, 2006 at 11:50 am, I:**

SERVED the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL CASE WITH AMENDED COMPLAINT** with the date and hour endorsed thereon by me to BAILEY & DAWES P.L./GUY B BAILEY Jr R/A MGR as REGISTERED AGENT.

**Additional Information pertaining to this Service:**
GUY B BAILEY Jr TOLD ME HE DIDN'T HAVE THE AUTHORITY TO ACCEPT ON BEHALF OF THE DEFENDANT. I SAID I WAS LEAVING THE WRIT BECAUSE EDMOND B ANDREWS IS BEING SERVED AS PRESIDENT AND CEO OF E.B. CAPITAL CORP., AND GUY B BAILEY JR IS NOT ONLY THE REGISTERED AGENT, BUT ALSO SECRETARY DIRECTOR OF E.B. CAPITAL CORP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

RECEIVED

MAR 24 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Edward A Shapiro**
Process Server

**EDWARD A. SHAPIRO - ATTORNEY SERVICES**
**P.O. Box 015376**
**Miami, FL 33101-5376**
**(800) 520-1767**

Our Job Serial Number: 2006000458
Ref: Portman/EB Capital Corp

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

2-27-06
11:50A

## SUMMONS IN A CIVIL CASE

Carey Portman
Plaintiff,

CASE NUMBER: 05 C 3654

V.

ASSIGNED JUDGE: Honorable Matthew Kennelly

Angel Severino Diaz,
Individually and as Vice President
E.B. Capital Corp
Defendants.

DESIGNATED MAGISTRATE JUDGE: Geraldine Soat Brown

TO: (Name and address of Defendant)

Angel Severino Diaz,
individually and as Vice President
E.B. Capital Corp
C/O Bailey and Dawes (Registered Agent)
3350 Mary Street Suite 307
Coconut Grove-Miami, Florida 33133

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAREY PORTMAN
345 N CANAL ST. STE 702
CHICAGO, IL 60606

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

RECEIVED

MAR 24 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 02 2006

DATE

EXHIBIT
D

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of Florida

Case Number: 05 C 3654 KENNELLY

Plaintiff:
**CAREY PORTMAN**

vs.

Defendant:
**E.B. CAPITAL CORP., ANGEL SEVERINO as Vice President of E.B. CAPITAL CORP. and EDMOND ANDREWS as President-CEO of E.B. CAPITAL CORP.**

For:
Carey Portman
PREMIERVEST EQUITIES
19 S Lasalle
Suite 801
Chicago, IL 60603

Received by EDWARD A. SHAPIRO - ATTORNEY SERVICES on the **13th day of February, 2006** at **10:00 am** to be served on **ANGEL SEVERINO as VICE PRESIDENT of E.B. CAPITAL CORP. c/o BAILEY & DAWES 3250 MARY STREET SUITE 301 MIAMI FL 33133.**

I, Edward A Shapiro, do hereby affirm that on the **27th day of February, 2006 at 11:50 am**, I:

SERVED the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL CASE WITH AMENDED COMPLAINT** with the date and hour endorsed thereon by me to BAILEY & DAWES P.I./GUY B BAILEY Jr R/A MGR as REGISTERED AGENT.

**Additional Information pertaining to this Service:**
GUY B BAILEY Jr TOLD ME HE DIDN'T HAVE THE AUTHORITY TO ACCEPT ON BEHALF OF THE DEFENDANT. I SAID I WAS LEAVING THE WRIT BECAUSE ANGEL SEVERINO IS BEING SERVED AS VICE PRESIDENT OF E.B. CAPITAL CORP., AND GUY B BAILEY JR IS NOT ONLY THE REGISTERED AGENT, BUT ALSO SECRETARY DIRECTOR OF E.B. CAPITAL CORP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

RECEIVED

MAR 24 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Edward A Shapiro**
Process Server

**EDWARD A. SHAPIRO - ATTORNEY SERVICES**
**P.O. Box 015376**
**Miami, FL 33101-5376**
**(800) 520-1767**

Our Job Serial Number: 2006000457
Ref: Portman/EB Capital Corp

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i