**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
APR - 7 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **CAREY PORTMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **No. 05C 3654** |
| | ) |
| **EDMOND B. ANDREWS** | ) **Honorable Judge Kennelly** |
| **(FORMER AMBASSADOR FOR THE** | ) |
| **COMMERCIAL EXTERIOR TO THE** | ) **Judge Presiding.** |
| **UNITED STATES FOR THE REPUBLIC** | ) |
| **OF PANAMA) , ARTURO VALLARINO** | ) **JURY DEMAND** |
| **(FORMER FIRST VICE PRESIDENT** | ) **BOND REQUEST** |
| **FOR THE REPUBLIC OF PANAMA** | ) |
| **AND CITIBANK N.A.** | ) |
| **AND CITIGROUP CORPORATION** | ) |
| **AND ANGEL SEVERINO DIAZ, AND** | ) |
| **THE REPUBLIC OF PANAMA** | ) |
| **AND E.B. CAPITAL CORP** | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

**TO:** See Attached Service List

PLEASE TAKE NOTICE that on Friday, April 07, 2006 ~~at 9:30 A.M., or as soon thereafter as counsel may be heard~~, I filed ~~before~~ the Clerk of the Court at the Dirksen Federal Building, 219 S. Dearborn Chicago, Illinois ~~and then present~~ my supplemental filing as ordered by the court instanter, Plaintiff, **CAREY PORTMAN'S SUPLLEMENTAL FILING FOR DEFAULT JUDGMENT** against defendants, E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President, a copy of which is attached hereto and herewith served upon you.

CAREY PORTMAN, PRO-SE

By:________________________

Carey Portman
345 N. Canal, Suite 702
Chicago, Illinois 60608
(312) 575-9092

**CERTIFICATE OF SERVICE**

The undersigned, *pro-se,* certifies that on April 07, 2006, a copy of the foregoing notice, and motion was mailed by United States Certified Mail and Federal Express to the above referenced defendants, E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President.

Carey Portman, Pro-Se

SERVICE LIST

His Excellency
Martin Torrijos
President For the Republic of Panama
Palacio Presendencial, San Felipe
Valija 50
Panama 1, Panama

Thomas Dutton Esq.
Greenberg Traurig L.L.P.
77 W Wacker Drive
Suite 2500
Chicago, IL 60601
PH: 312-456-8400
FX: 312-456-8435

Former Ambassador Edmond B. Andrews
C/O Bailey and Dawes
3350 Mary St
Suite 307
Coconut Grove
Miami, Florida 33133
PH: 305-374-5505

3250 Mary Street
Suite 100
Coconut Grove, FL 33133

Sandy Weill, Chairman
Citigroup Inc.
399 Park Ave
New York, New York 10043
PH: 212-559-1000
FX: 212-793-3946

Former First Vice President Arturo Vallarino
Edison Plaza, Third Floor
Ricardo J. Alfaro Avenue & El Paical
P.O. Box 55-2359
Paitilla, Panama

Angel Severino Diaz
Terre BBVA Piso 5
Postal Code 6753
Zone 5
Panama F.C.

Jennifer Schoen Gilbert Esq.
Neal, Gerber and Eisenberg
2 N. LaSalle Street Ste 2200
Chicago, Illinois 60602
PH: 312-269-8000
FX: 312-269-1747

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR - 7 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CAREY PORTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05C 3654 |
| | ) |
| ARTURO VALLARINO | ) Honorable Judge Kennelly |
| (FORMER AMBASSADOR FOR THE | ) |
| COMMERCIAL EXTERIOR TO THE | ) Judge Presiding. |
| UNITED STATES FOR THE REPUBLIC | ) |
| OF PANAMA), ARTURO VALLARINO | ) JURY DEMAND |
| (FORMER FIRST VICE PRESIDENT | ) BOND REQUEST |
| FOR THE REPUBLIC OF PANAMA | ) |
| AND CITIBANK N.A. | ) |
| AND CITIGROUP CORPORATION | ) |
| AND ANGEL SEVERINO DIAZ, AND | ) |
| THE REPUBLIC OF PANAMA | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF, CAREY PORTMANS'S SUPPLEMENTAL FILING FOR DEFAULT JUDGMENT AGAINST E.B. CAPITAL CORP, EDMOND B. ANDREWS AS PRESIDENT AND CEO AND ANGEL SEVERINO DIAZ AS VICE PRESIDENT**

NOW COMES CAREY PORTMAN ("plaintiff") and makes and files his supplemental filing for Default Judgment against E.B. Capital Corp, Edmond B. Andrews as its President and CEO of E.B. Capital Corp and Angel Severino Diaz as the Vice President of E.B. Capital and for cause of action would respectfully show the Court as follows:

## I. Facts Relevant to the Motions

1. On February 01, 2006, a second amended complaint with summons was granted by this Honorable Court against E.B. Capital Corp (Exhibit-A). This Honorable

court additional granted an extension of time to serve defendants, The Republic of Panama, Angel Severino Diaz and Arturo Vallarino. This Honorable Court granted plaintiff's motion to vacate the dismissal of Edmond B. Andrews defendant and provided additional time to plaintiff to serve Edmond B. Andrews by March 03, 2006. The plaintiff received return of receipt for service of the second amended complaint and the declaration of server bearing the signature and sworn affidavit of service by Edward A. Shapiro on February 27, 2006. The citation and proof of service have been filed with the Clerk of the Court on March 30, 2006. A true and correct copy of the server's return of service is attached as Exhibits "B, C, and D and incorporated herein.

2. The deadline for defendants, E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President to file their answers to this second amended complaint was March 20, 2006. However, defendants, E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President has not filed their answers or any pleadings constituting an answer and has not entered an appearance despite being properly served with all pleadings filed by Plaintiff in this case.

3. Plaintiff's actual damages in the amount of one billion five hundred and sixty million dollars ($1,560,000,000.00) regarding his claim against the E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President for his ownership interest in the Citibank Certificate of Obligation #898270211 (principal plus accrued interest) prejudgment interest from the date of conversion on or about November 2001 and costs associated with the prosecution of this action are liquidated and are proven by the evidence attached to Plaintiff's Petition

(complaint) as well as acts of fraud committed by the defendants. Plaintiff requests for all fees and the amount of exemplary damages.

## II. Motion for Default Judgment

Pursuant to Rule 55 of the Federal Rules of Procedure, the Plaintiff moves for entry of a default judgment against defendants E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President. As required by Rule 55 entry an order of a default judgment in favor of Plaintiff is appropriate that:

1. Plaintiff properly served process on Defendant, the E.B. Capital, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President through addressee's agent on February 27, 2006;
2. The complaint and proof of service have been on file with the Clerk of the District Court pursuant to the Federal Rules of Procedure; (Exhibits B, C, and D)
3. Defendants, E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President have not filed their answers to the allegations set forth in Plaintiff's Second Amended Complaint.
4. On April 06, 2006 this Honorable Court granted a default judgment against E.B. Capital Corp and further requested that corporate registry of the E.B. Capital Corp is again filed (Exhibit12 of September 08, 2005 filing for exhibits to evidentiary hearing) with this Honorable Court for the entry of a default judgment.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that this Honorable Court enter a default judgment that was granted on April 06, 2006 against Defendants, E. B. Capital Corp and granting the relief requested herein, including entry of a default judgment awarding plaintiffs their actual damages; exemplary damages fees; pre-judgment and post judgment interest at the statutorily applicable rates allowed by law; and for such other relief, both general and special, at law or in equity, to which the Plaintiff may show himself to be justified entitled.

Plaintiff prays that this Honorable Court enter a default judgment against defendants, E. B. Capital Corp, Edmond B. Andrews as the President and CEO and Angel Severino Diaz as the Vice President for Fraud, Breach of Contract and Breach of Loyalty granting the relief requested herein, including entry of a default judgment awarding plaintiffs their actual damages; exemplary damages fees; pre-judgment and post judgment interest at the statutorily applicable rates allowed by law; and for such other relief, both general and special, at law or in equity, to which the Plaintiff may show himself to be justified entitled.

Respectfully submitted,

Carey Portman Pro-Se

Carey Portman, Pro-Se
345 N. Canal Street Ste 702
Chicago, Illinois 60608
PH: 312-575-9092

*Florida Department of State, Division of Corporations*

Corporations Online
www.sunbiz.org

**Public Inquiry**

# Florida Profit

## EB CAPITAL CORP

**PRINCIPAL ADDRESS**
3250 MARY STREET
100
MIAMI FL 33133

**MAILING ADDRESS**
3250 MARY STREET
100
MIAMI FL 33133

| Document Number | FEI Number | Date Filed |
|---|---|---|
| P04000140002 | 201722716 | 10/08/2004 |
| **State** | **Status** | **Effective Date** |
| FL | ACTIVE | 10/08/2004 |
| **Last Event** | **Event Date Filed** | **Event Effective Date** |
| AMENDMENT | 10/29/2004 | NONE |

## Registered Agent

| Name & Address |
|---|
| BAILEY & DAWES, L.C.<br>3250 MARY STREET<br>100<br>MIAMI FL 33133 |

## Officer/Director Detail

| Name & Address | Title |
|---|---|
| ANDREWS, EDMOND B<br>3250 MARY STREET, SUITE 103<br>MIAMI FL 33133 | PCEO |
| SEVERINO-DIAZ, ANGEL<br>3250 MARY STREET, SUITE 103<br>MIAMI FL 33133 | VPO |



EXHIBIT
NO. 12

| | |
|---|---|
| SEVERINO, ANGEL<br>3250 MARY STREET, SUITE 100<br>MIAMI FL 33133 | SEC |
| STARK, MURRAY H<br>3250 MARY STREET, SUITE 100<br>MIAMI FL 33133 | T |
| BAILEY, GUY B JR.<br>3250 MARY STREET, SUITE 301<br>MIAMI FL 33133 | VPD |
| HARTZLER, MERLE<br>3250 MARY STREET<br>MIAMI FL 33133 | VPD |

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2005 | [illegible] |

Previous Filing | Return to List | Next Filing

View Events

View Name History

## Document Images

Listed below are the images available for this filing.

08/26/2005 -- Amendment

05/26/2005 -- ANN REP/UNIFORM BUS REP

12/27/2004 -- Amendment and Name Change

08/23/2004 -- Amendment

08/06/2004 -- Domestic Profit

THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION OR CONFLICT

[redacted] [redacted]

EXHIBIT

NO. 13